Núm. 8194.—RIVERA, aplte. *v.* NEGRÓN ET AL., apldos. y NIEVES ET ALS., apldos.— Junio 11, 1940.

Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de los promoventes y apareciendo que el apelante a pesar de las prórrogas con-

cedidas y a pesar de haber transcurrido más de un año desde que expiró la última, no ha radicado aún en la Corte de Distrito de Ponce la exposición del caso ni ha radicado en la secretaría de este Tribunal transcripción de autos alguna, se desestima por abandono la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Ponce en octubre 6, 1938.

El Juez Asociado Sr. De Jesús no intervino.